IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 21-79 |
| ) | Judge Robert J. Colville |
| COMPREHENSIVE HEALTHCARE ) | |
| MANAGEMENT SERVICES, LLC, ) | |
| d/b/a Brighton Rehabilitation and Wellness ) | |
| Center, ) | |
| ) | |
| and ) | |
| ) | |
| MT. LEBANON OPERATIONS, LLC ) | |
| d/b/a Mount Lebanon Rehabilitation and ) | |
| Wellness Center, ) | |
| ) | |
| Defendants. ) | |

**<u>ORDER</u>**

AND NOW, to wit, this  __22nd__  day of May 2025, upon consideration of the Government's Motion to Clarify Recipients and Details of Court-Ordered Restitution, filed by Assistant United States Attorney Nicole A. Stockey, it is hereby ORDERED that said Motion is GRANTED, and the additional payment details for restitution will be incorporated into the Judgment.

BY THE COURT:


*s/Robert J. Colville*
United States District Judge
Honorable Robert J. Colville

cc:  All Counsel of Record